UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MICHAEL SMITH,

                                    Plaintiff,                            <u>ORDER</u>

    -against-                                           CV 10-4874 (MKB)(ETB)

COUNTY OF NASSAU, et al.,

                                    Defendants.
------------------------------------------------------------------------X

        Pursuant to a follow-up conference held on July 10, 2013 - addressing issues unresolved

at the telephone conference held on July 8, 2013 (<u>see</u> Order dated July 8, 2013) - the following

additional rulings apply:

    1.       With respect to the other "similarly withheld and/or redacted items" that the

             County agreed "to reevaluate" (<u>see</u> Order dated July 8, 2013) based on the

             plaintiff's <u>Monell</u> theory of liability in this action, the County is directed to

             produce these documents without redaction as to the name and any contact

             information of the complainant or any witness(es) therein identified.  It is

             understood that these documents will be produced within fourteen (14) days and

             that the identity of non-targeted police officers may be redacted, without prejudice

             to any further application for production and/or a protective order.

    2.       The County is directed to produce for <u>in camera</u> inspection, and the Court has

             received today, the items designated as Numbers 1, 3 and 8 on the County's

             privilege log.  Pursuant to the conference today, any other documents are no

longer at issue in plaintiff's request for production.


**SO ORDERED:**

Dated:  Central Islip, New York
        July 10, 2013

                                        /s/ E. Thomas Boyle
                                        E. THOMAS BOYLE
                                        United States Magistrate Judge