UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X
MICHAEL SMITH,

                    Plaintiff,                    ORDER

    -against-                               CV 10-4874 (MKB)(ETB)

COUNTY OF NASSAU, et al.,

                    Defendants.
--------------------------------------------------------------------------X

       Pursuant to a follow-up conference held on July 10, 2013 - addressing issues unresolved

at the telephone conference held on July 8, 2013 (see Order dated July 8, 2013) - the following

additional rulings apply:


    1.      With respect to the other "similarly withheld and/or redacted items" that the

           County agreed "to reevaluate" (see Order dated July 8, 2013) based on the

           plaintiff's Monell theory of liability in this action, the County is directed to

           produce these documents without redaction as to the name and any contact

           information of the complainant or any witness(es) therein identified.  It is

           understood that these documents will be produced within fourteen (14) days and

           that the identity of non-targeted police officers may be redacted, without prejudice

           to any further application for production and/or a protective order.

    2.      The County is directed to produce for in camera inspection, and the Court has

           received today, the items designated as Numbers 1, 3 and 8 on the County's

           privilege log.  Pursuant to the conference today, any other documents are no

longer at issue in plaintiff's request for production.

**SO ORDERED:**

Dated: Central Islip, New York
       July 10, 2013

                                          /s/ E. Thomas Boyle
                                          E. THOMAS BOYLE
                                          United States Magistrate Judge