

**Attorneys and Counselors at Law**
556 Peninsula Blvd., Hempstead, New York 11550
Phone: 516-489-6959 • Fax: 516-489-6958 •
www.brewingtonlaw.com

<u>Frederick K. Brewington</u>　　　　　　　　　　　　　　　　　　　　　　　　<u>Of Counsel</u>
Albert D. Manuel III　　　　　　　　　　　　　　　　　　　　　　　　　　　　Oscar Holt III
Leah Jackson　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jay D. Umans
Cobia Powell

February 7, 2023

<u>**VIA ELECTRONIC CASE FILING**</u>
Honorable Margo K. Brodie
United States District Court Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

　　　Re:　*Smith v. County of Nassau*
　　　　　*Docket No.: CV-10-4874 (MKB)(SIL)*

Dear Judge Brodie:

　　　As your records reflect, we are the attorneys representing the Plaintiff, Michael Smith, in the above referenced matter. This letter is written to respectfully request that this matter be set down for a trial as soon as possible. This matter had been previously set for a trial but was not able to proceed back in February of 2020. Thereafter the parties attempted to engage in settlement discussions with the Hon. Viktor V. Pohorelsky, however after several sessions, the matter ended in unsuccessful mediation proceedings. This case is now thirteen (13) years old. It is our hope that we can move this matter as swiftly as possible to allow Mr. Smith his opportunity to seek a quantum of justice and present his case to a jury.

　　　We thank the Court for its kind consideration.

　　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　*Frederick K. Brewington*
　　　　　　　　　　　　　　　　　　　　　　　　　　FREDERICK K. BREWINGTON

cc:　All Counsel (via ecf)
FKB:pl